EUGENE B. DUNKEL, Doing Business as EUGENE B. DUNKEL STUDIOS, Respondent, *v.* ALBEE MCDONALD, as President of Theatrical Contractors Association, a Voluntary Association Consisting of More Than Seven Members, et al., Appellants.

Argued June 1, 1948; decided July 16, 1948.

*Lillian L. Poses* and *Abraham L. Shapiro* for appellants.
*Martin Gottlieb* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, THACHER, DYE and FULD, JJ. Taking no part: CONWAY, J.